UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS LOCAL 690 HEALTH PLAN,<br><br>   Plaintiff,<br><br>   v.<br><br>TAKEDA PHARMACEUTICAL COMPANY LIMITED, et al.,<br><br>   Defendants. | Case No. 25-cv-03648-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Walgreen Co. et al. v. Takeda Pharmaceutical Company Ltd. et al.*, No. 25-cv-02785-JSC.

**IT IS SO ORDERED.**

Dated: May 14, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**