1  [Submitting Counsel on Signature Page]

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT FOR THE**
9              **NORTHERN DISTRICT OF CALIFORNIA**

10  IN RE DEXILANT (DEXLANSOPRAZOLE)          Case No. 3:25-cv-02785-JSC
    ANTITRUST LITIGATION

11                                            **JOINT CASE MANAGEMENT**
    This Document Applies to:                 **STATEMENT**
12
    ALL CASES
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    The Parties in these actions hereby submit this Joint Case Management Statement in

2  connection with the Case Management Conference scheduled for February 3, 2026 at 10:00 a.m.

3  PST.

4  **I.    MOTIONS**

5    Defendants' motion to dismiss is fully briefed. The sequence of the filings was as follows:

6    1.    On October 2, 2025, Defendants filed their joint motion to dismiss (ECF No. 132)

7    2.    On November 17, 2025, Plaintiffs filed a joint opposition to the motion to dismiss

8        (ECF No. 144)

9    3.    On December 17, 2025, Defendants filed a joint reply in support of their motion

10        (ECF No. 149)

11    4.    On December 30, 2025, Plaintiffs, with leave of court, filed a sur-reply in opposition

12        to Defendants' motion. (ECF No. 153)

13    The hearing on Defendants' motion is scheduled for February 3, 2026 at 10:00 a.m.

14  **II.    DISCOVERY**

15    <u>Document Productions Pursuant to the Court's Stay Order.</u> Pursuant to the Court's order

16  denying Defendants' request for a full discovery stay (ECF No. 138)("Stay Order") Defendants have

17  produced the "go get" documents covered by the Court's order. Plaintiffs thereafter requested that

18  Defendant Takeda provide metadata for its first production. Takeda has agreed to provide the

19  metadata requested, to the extent available, by February 13, 2026.

20  **III.    <u>DOCUMENT REQUESTS, CUSTODIANS AND SEARCH TERMS.</u>**

21    On October 28, 2025, Plaintiffs served their second Requests for Production on Defendants

22  ("Second Requests") and thereafter requested that Defendants provide proposed custodians and

23  search terms for the Second Requests. Defendants are working to collect the requested custodian

24  and search term information and intend to provide their proposals no later than February 20.

25

26

27

28

- 1 -
JOINT CASE MANAGEMENT STATEMENT
Case No. 3:25-cv-02785-JSC

**IV.    INITIAL CASE MANAGEMENT ORDERS**

Per the Stay Order, the Parties have met and conferred several times concerning a Protective Order, ESI Order and Privilege Order. The Parties have made substantial progress narrowing the issues in dispute on all three orders. However, there are areas of disagreement on each. They include the following:

Protective Order:

- Disclosure of protected material to: (1) any current employee of the designating party, (2) to absent class members to evaluate any settlement, and (3) to specified counsel for all non-parties to evaluate whether any non-party seeks to keep information under seal.

Privilege Order:

- Privilege logging of email documents.
- Time limitations on the meet and confer process for privilege challenges.

ESI Order:

- Scope of custodian and search requirements.
- Disclosure of TAR methodology.
- Search term hit reports.
- Collection and production of collaboration and chat platforms.

The Parties propose that, by no later than February 6, 2026, they submit a Joint Discovery Statement in accordance with the Court's Standing Order on Civil Discovery Disputes outlining their respective positions. Prior to the submission, the Parties will continue to meet and confer in an effort to further narrow or eliminate any remaining areas of disagreement.

1    Dated: January 27, 2026                        Respectfully Submitted,

2    */s/ Dena C. Sharp*                            */s/ Michael P. Lehmann*

3    Dena C. Sharp (SBN 245869)                     Michael P. Lehmann (SBN 77152)
     Scott Grzenczyk (SBN 279309)                   Bruce J. Wecker (SBN 78530)

4    Kyle Quackenbush (SBN 322401)                  Arthur N. Bailey, Jr. (SBN 248460)
     Jordan Isern (SBN 343159)                      **HAUSFELD LLP**

5    **GIRARD SHARP LLP**                           580 California Street, 12th Floor
     601 California Street, Suite 1400              San Francisco, CA 94104

6    San Francisco, CA 94108                        Telephone: (415) 633-1908
                                                    mlehmann@hausfeld.com

7    Telephone: (415) 981-4800                      bwecker@hausfeld.com
     Facsimile: (415) 981-4846

8    dsharp@girardsharp.com
     scottg@girardsharp.com                         Michael L. Roberts (pro hac vice)

9    kquackenbush@girardsharp.com                   Erich P. Schork (pro hac vice)
     jisern@girardsharp.com                         Christopher B. Sanchez (pro hac vice)

10                                                  Stephanie E. Smith (pro hac vice)
                                                    Sarah E. DeLoach (pro hac vice)

11   Thomas M. Sobol (pro hac vice)                 **ROBERTS LAW FIRM US, PC**
     Whitney E. Street (SBN 223870)                 1920 McKinney Ave., Suite 700

12   Gregory T. Arnold (pro hac vice)               Dallas, TX 75201
     Chris O'Brien (*pro hac vice* forthcoming)     Telephone: (501) 821-5575

13   **HAGENS BERMAN SOBOL**                        mikeroberts@robertslawfirm.us
     **SHAPIRO LLP**                                erichschork@robertslawfirm.us

14   1 Faneuil Hall Square, 5th Floor               chrissanchez@robertslawfirm.us
     Boston, MA 02109                               stephaniesmith@robertslawfirm.us

15   Telephone: (617) 475-1954                      sarahdeloach@robertslawfirm.us

16   tom@hbsslaw.com
     grega@hbsslaw.com

17   whitneyst@hbsslaw.com                          *Interim Co-Lead Class Counsel for the Direct*
     chrisob@hbsslaw.com                            *Purchaser Plaintiffs*

18

19   *Interim Co-Lead Class Counsel for the End-*
     *Payer Plaintiffs*

20

21   */s/ Ashley Bass*                              */s/ John P. Bjork*
     Ashley Bass (pro hac vice)                     Anna T. Neill

22   Andrew Lazerow (pro hac vice)                  Scott E. Perwin (pro hac vice)
     **COVINGTON & BURLING LLP**                    Lauren C. Ravkind (pro hac vice)

23   One CityCenter, 850 Tenth Street, NW,          **SPERLING KENNY NACHWALTER LLC**
     Washington, DC 20001                           Four Seasons Tower, Suite 1100

24   Telephone: (202) 662-5109                      1441 Brickell Avenue
     abass@cov.com                                  Miami, FL 33131

25   alazerow@cov.com                               Telephone: (305) 373-1000
                                                    aneill@sperlingkenny.com

26                                                  sperwin@sperlingkenny.com

27                              JOINT CASE MANAGEMENT STATEMENT
                                    Case No. 3:25-cv-02785-JSC
28

                                              - 3 -

*Counsel for Defendants Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A., Inc., and Takeda Pharmaceuticals, Inc.*

lravkind@sperlingkenny.com

Joseph M. Vanek (pro hac vice)
David P. Germaine (pro hac vice)
John P. Bjork (pro hac vice)
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark Street, Suite 2500
Chicago, IL 60654
Telephone: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com

*/s/ Donald J. Mizerk*
Donald J. Mizerk
**HUSCH BLACKWELL LLP**
1999 Harrison St., Suite 1300
Oakland, CA 94612
Telephone: (312) 526-1546
Facsimile: (312) 655-1501
don.mizerk@huschblackwell.com

Tanner M. Cook (pro hac vice forthcoming)
8001 Forsyth Blvd. Ste. 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
tanner.cook@huschblackwell.com

Phillip F. Cramer (pro hac vice)
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37212
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
pcramer@sperlingkenny.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P. and Supervalu, Inc.*

*Counsel for Defendants TWi Pharmaceuticals Inc.,TWi Pharmaceuticals USA, Inc., Bora Pharmaceuticals Co., Ltd., and Upsher-Smith Laboratories, LLC*

*/s/ Barry Refsin*
Barry Refsin
Eric Bloom
Alex Egervary
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7058
blr@hangley.com
elb@hangley.com
aje@hangley.com

*/s/ Steve D. Shadowen*
Steve D. Shadowen (pro hac vice)
Matthew C. Weiner (pro hac vice)
Melissa Mather (pro hac vice)
**HILLIARD SHADOWEN LLP**
1717 W. 6th St., Suite 290
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com
mmather@hilliardshadowenlaw.com

*Counsel for Plaintiff CVS Pharmacy, Inc.*

*Counsel for Plaintiff Supervalu, Inc.*

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:25-cv-02785-JSC

1

**FILER'S ATTESTATION**

2

    I, John P. Bjork, am the ECF User whose ID and password are being used to file this

3

document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have

4

concurred in this filing.

5

                                                                    */s/ John P. Bjork*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28